# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Claudia Balcero Giraldo, *et al.*, ) | Case No. 2:09-cv-1041-RDP |
| ) | |
| Plaintiffs, ) | REQUEST FOR INTERNATIONAL |
| ) | JUDICIAL ASSISTANCE |
| v. ) | |
| ) | |
| Drummond Company, Inc.; Drummond ) | |
| Ltd.; and Augusto Jiménez, ) | |
| ) | |
| ) | |
| Defendants. ) | |

The United States District Court, for the Northern District of Alabama, by and through the Honorable R. David Proctor, United States District Court Judge, presents its compliments to the judicial authorities of Colombia and requests international judicial assistance to obtain evidence to be used in a civil proceeding before court in the above-captioned matter.

This court requests the assistance of the Courts of Colombia to compel an appropriate representative of the below-named entity to appear before the appropriate authority of Colombia and provide the requested evidence to an appropriate designated Colombian authority.

This court requests the assistance described herein as necessary in the interests of justice. Below are the names of, and contact information for, the involved parties and their respective legal representatives:

| Party | Legal Representative |
|---|---|
| PLAINTIFFS:<br>**Claudia Balcero Giraldo, *et al*:**<br>By and through counsel listed adjacent: | Parker Cambs<br>pcambs@yourlawyer.com<br>PARKER WAICHMAN ALONSO LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>USA<br>Telephone: 239-390-1000 |

| PLAINTIFFS:<br>**Claudia Balcero Giraldo**, *et al*:<br>By and through counsel listed adjacent:<br>*(continued from above)* | Gary P Falkowitz<br>gfalkowitz@yourlawyer.com<br>Michael R Hugo<br>mhugo@yourlawyer.com<br>PARKER WAICHMAN ALONSO LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>USA<br>Telephone: 516-723-4632<br><br>Terrence P Collingsworth<br>tc@conradscherer.com<br>Eric J. Hager<br>ehager@conradscherer.com<br>Christian Levesque<br>clevesque@conradscherer.com<br>CONRAD & SCHERER LLP<br>1156 15th St., NW, Suite 502<br>Washington, DC 20005<br>USA<br>Telephone: 202-543-4001<br><br>William R Scherer<br>CONRAD & SCHERER LLP<br>633 South Federal Highway, 8th Floor<br>Fort Lauderdale, FL 33302<br>USA<br>Telephone: 954-462-5500<br><br>Natacha H Thys<br>CONRAD & SCHERER LLP<br>731 8th St SE<br>Washington, DC 20003<br>USA<br>Telephone: 202-527-7983<br><br>Garve Ivey<br>garve@iveylawyers.com<br>THE IVEY LAW FIRM<br>P O Box 1349<br>Jasper, AL 35502-1349<br>USA<br>Telephone: 205-221-4644 |

| | |
|---|---|
| DEFENDANTS:<br>**Drummond Co., Inc.**<br>**Drummond Ltd.**<br>**Augusto Jimenez**<br>By and through counsel listed adjacent | William H Jeffress, Jr<br>william.jeffress@bakerbotts.com<br>David A Super<br>david.super@bakerbotts.com<br>Sara E Kropf<br>sara.kropf@bakerbotts.com<br>Rachel B Cochran<br>rachel.cochran@bakerbotts.com<br><br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2400<br>USA<br>Telephone: 202-639-1304<br>Facsimile: 202-585-4071<br><br>William Anthony Davis, III<br>TDavis@starneslaw.com<br>H Thomas Wells, III<br>htw@starneslaw.com<br><br>STARNES DAVIS FLORIE LLP<br>P O Box 598512<br>Birmingham, AL 35259-8512<br>USA<br>Telephone: 205-868-6000<br><br>**Colombian counsel on behalf of Drummond Co., Inc. and Drummond Ltd.**<br>JOSE MIGUEL LINARES<br>(Abogado Registry 46.367)<br>Drummond Ltd.<br>Calle 72 # 10-07, oficina 1302<br>Bogotá<br>COLOMBIA<br>Telephone: + 571 5871000<br><br>JOSÉ NODIER BETANCUR AGUDELO<br>nodieragu@une.net.co<br>(Abogado Registry 10.326)<br>Calle 42 # 63 A – 164, oficina 1-01<br>Medellín<br>COLOMBIA<br>Telephone: + 57 42358304 |

REPRESENTATIVE TO ACT ON BEHALF OF THIS REQUEST;

It is requested that should contact or correspondence in this matter be required, the following individual is appointed for this purpose:

William H Jeffress, Jr
william.jeffress@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
USA
Telephone: 202-639-7751
Facsimile: 202-585-1087

**DEPONENT/WITNESS ENTITY FROM WHOM EVIDENCE IS REQUESTED:**

Departamento Administrativo de Seguridad (DAS)
Carrera 27 No.17A-00
Bogotá, D.C.
COLOMBIA
Teléfono: (571) 4088000

The specific request herein is to have the appropriate judicial authority for the courts of Colombia compel an appropriate representative of Departamento Administrativo de Seguridad (DAS) to provide the requested evidence, in the form of documents relating to the decedents listed in Exhibit A, to an appropriate Colombian authority. This evidence is crucial to allow the defendants a reasonable defense against the plaintiffs' claims.

**SUBJECT MATTER AND RELATIVITY OF THIS REQUEST:**

The above-named plaintiffs have filed suit against the defendants alleging that the defendants made payments to Colombian paramilitaries (the Autodefensas Unidas De Colombia or "AUC") to use violence against civilians who lived in the vicinity of defendant Drummond's rail line. Specifically, Plaintiffs assert that the alleged payments were made to the Juan Andres Alvarez Front of the AUC to kill over 100 civilians because the defendants allegedly wanted to stop the civilians from supporting the guerillas (the Fuerzas Armadas Revolucionarias de Colombia or "FARC"). The defendants have denied the allegations. The plaintiffs seek damages alleged to have been caused by

the actions of the defendants. A complete copy of the plaintiffs' final Second Amended Complaint is attached hereto as Exhibit B. The defendants seek documents that they believe are necessary to establish the truth in this matter.

It has been represented to this court that DAS has documentation that would show whether or not any of the decedents (as described in Exhibit A) were members of the Revolutionary Armed Forces of Colombia (the "FARC"). The defendants seek this information to prove that the decedents were members of FARC. Whether the decedents were members of FARC directly impacts this case as Plaintiffs must establish that the decedents were not part of the civil war in Colombia between the FARC and the AUC.

In view of the foregoing, it is therefore requested in the interest of justice that the appropriate judicial authority of Colombia issue an order in accordance with the laws and procedures of the courts of Colombia, summoning an appropriate representative of Departamento Administrativo de Seguridad (DAS) to provide the above document evidence related to decedents (as named in Exhibit A) to an appropriate Colombian authority, for examination by the below signed judicial authority.

**SPECIFIC REQUESTS:**

1. It is respectfully requested that the Colombian courts process this request as quickly as possible.

2. It is respectfully requested that should ANY portion of this request be refused on legal grounds, that such refusal not affect the remainder of this request. It is further requested that the above named defendant representative, and this court, be promptly informed of any such refusal and the associated legal grounds.

3. It is respectfully requested that the above named registered Colombian counsel be allowed to act on behalf of the defendants in this matter, if necessary.

4. It is respectfully requested that the document evidence provided by the above entity be properly authenticated and sealed for submission to the below signed judicial authority.

When required, the below signed judicial authority shall provide reciprocal assistance, such as requested herein, to the appropriate judicial authorities of Colombia.

The defendants' above-named legal representatives, Baker Botts LLP, 1299 Pennsylvania Avenue NW Washington, DC 20004-2400 USA, stand ready and willing to reimburse the appropriate judicial authorities in Colombia, for all costs incurred in executing the above requests for international judicial assistance.

WITNESS, the Honorable R. David Proctor, Judge of the United States District Court, for the Northern District of Alabama, this _____ day of _____, 2011

[seal of judicial authority]

R. David Proctor
United States District Court
Northern District of Alabama
Hugo Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203
U.S.A.

<u>Traducción</u>

CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO NORTE DE ALABAMA

| | |
|---|---|
| Claudia Balcero Giraldo, *et al.*, ) | Caso No. 2:09-cv-1041-RDP |
| ) | |
| Demandantes, ) | SOLICITUD POR ASISTENCIA |
| ) | JUDICIAL INTERNACIONAL |
| v. ) | |
| ) | |
| Drummond Company, Inc.; Drummond ) | |
| Ltd.; y Augusto Jiménez, ) | |
| ) | |
| ) | |
| Demandados. ) | |

La Corte de Distrito de los Estados Unidos para el Distrito Norte de Alabama, por y a través del Honorable R. David Proctor, Juez de la Corte de Distrito de los Estados Unidos, presenta sus muestras de distinguido aprecio a las autoridades judiciales de Colombia, y solicita asistencia judicial internacional para obtener evidencia a ser utilizada en un juicio civil ante la corte en el asunto arriba identificado.

Esta corte solicita la asistencia de las Cortes de Colombia para compeler a un representante apropiado de la entidad abajo mencionada a comparecer ante la autoridad apropiada de Colombia y aportar la evidencia solicitada a una autoridad colombiana apropiadamente designada.

Esta corte solicita la asistencia descrita en la presente por ser necesaria para los intereses de la justicia. A continuación se proporcionan los nombres y la información de contacto de las partes involucradas y sus representantes legales respectivos:

| Parte | Representante Legal |
|---|---|
| **DEMANDANTES:**<br>**Claudia Balcero Giraldo**, *et al*:<br>Por medio y a través de los asesores jurídicos adjuntamente listados: | Parker Cambs<br>pcambs@yourlawyer.com<br>PARKER WAICHMAN ALONSO LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>USA<br>Teléfono: 239-390-1000 |

| | |
|---|---|
| DEMANDANTES:<br>**Claudia Balcero Giraldo,** *et al*:<br>Por medio y a través de los asesores jurídicos adjuntamente listados:<br>*(continuación)* | Gary P Falkowitz<br>gfalkowitz@yourlawyer.com<br>Michael R Hugo<br>mhugo@yourlawyer.com<br>PARKER WAICHMAN ALONSO LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>USA<br>Teléfono: 516-723-4632<br><br>Terrence P Collingsworth<br>tc@conradscherer.com<br>Eric J. Hager<br>ehager@conradscherer.com<br>Christian Levesque<br>clevesque@conradscherer.com<br>CONRAD & SCHERER LLP<br>1156 15th St., NW, Suite 502<br>Washington, DC 20005<br>USA<br>Teléfono: 202-543-4001<br><br>William R Scherer<br>CONRAD & SCHERER LLP<br>633 South Federal Highway, 8th Floor<br>Fort Lauderdale, FL 33302<br>USA<br>Teléfono: 954-462-5500<br><br>Natacha H Thys<br>CONRAD & SCHERER LLP<br>731 8th St SE<br>Washington, DC 20003<br>USA<br>Teléfono: 202-527-7983<br><br>Garve Ivey<br>garve@iveylawyers.com<br>THE IVEY LAW FIRM<br>P O Box 1349<br>Jasper, AL 35502-1349<br>USA<br>Teléfono: 205-221-4644 |

| | |
|---|---|
| DEMANDADOS:<br>**Drummond Co., Inc.**<br>**Drummond Ltd.**<br>**Augusto Jiménez**<br>Por medio y a través de los asesores jurídicos adjuntamente listados | William H Jeffress, Jr<br>william.jeffress@bakerbotts.com<br>David A Super<br>david.super@bakerbotts.com<br>Sara E Kropf<br>sara.kropf@bakerbotts.com<br>Rachel B Cochran<br>rachel.cochran@bakerbotts.com<br><br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004-2400<br>USA<br>Teléfono: 202-639-1304<br>Facsímile: 202-585-4071<br><br>William Anthony Davis, III<br>TDavis@starneslaw.com<br>H Thomas Wells, III<br>htw@starneslaw.com<br><br>STARNES DAVIS FLORIE LLP<br>P O Box 598512<br>Birmingham, AL 35259-8512<br>USA<br>Teléfono: 205-868-6000<br><br>**Asesores jurídicos colombianos de Drummond Co., Inc. y Drummond Ltd.**<br>JOSE MIGUEL LINARES<br>(Registro de Abogado 46.367)<br>Drummond Ltd.<br>Calle 72 # 10-07, oficina 1302<br>Bogotá<br>COLOMBIA<br>Teléfono: + 571 5871000<br><br>JOSÉ NODIER BETANCUR AGUDELO<br>nodieragu@une.net.co<br>(Registro de Abogado 10.326)<br>Calle 42 # 63 A – 164, oficina 1-01<br>Medellín<br>COLOMBIA<br>Teléfono: + 57 42358304 |

<u>Traducción</u>

REPRESENTANTE PARA ACTUAR A NOMBRE DE ESTA SOLICITUD;

Se solicita que si se requiere contacto o correspondencia respecto a este asunto, que el siguiente individuo sea designado para este propósito:

William H Jeffress, Jr
william.jeffress@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
USA
Teléfono: 202-639-7751
Facsímile: 202-585-1087

**ENTIDAD DEPONENTE/TESTIGO DE QUIEN SE SOLICITA LA EVIDENCIA:**

Departamento Administrativo de Seguridad (DAS)
Carrera 27 No.17A-00
Bogotá, D.C.
COLOMBIA
Teléfono: (571) 4088000

La solicitud específica de la presente es tener la autoridad judicial debida para que las cortes de Colombia compelan a un representante apropiado del Departamento Administrativo de Seguridad (DAS) a proporcionar la evidencia solicitada, en la forma de los documentos relacionados con los fallecidos listados en el Anexo A, a una autoridad colombiana apropiada. Esta evidencia es crucial para permitir a los demandados una defensa razonable contra las demandas de los demandantes.

**ASUNTO MATERIA Y RELATIVIDAD DE ESTA SOLICITUD:**

Los demandantes arriba mencionados han entablado demanda contra los demandados, alegando que los demandados hicieron pagos a paramilitares colombianos (las Autodefensas Unidas de Colombia o "AUC") para que usaran violencia contra civiles que vivían en los alrededores de la línea férrea del demandado Drummond. Específicamente, los Demandantes aseveran que los pagos alegados fueron hechos al Frente Juan Andrés Alvarez de las AUC para matar a más de 100 civiles porque los demandados supuestamente querían poner alto al apoyo civil a la guerrilla (las Fuerzas Armadas Revolucionarias de Colombia o "FARC"). Los demandados han negado los alegatos. Los

---

<u>Traducción</u>

demandantes buscan indemnización por daños supuestamente causados por las acciones de los demandados. Una copia completa del Segundo Libelo Enmendado final de los demandantes se adjunta al presente como el Anexo B. Los demandados buscan documentos que consideran ser necesarios para establecer la verdad en este asunto.

Se le ha planteado a esta corte que DAS tiene documentación que demostraría si alguno o algunos de los fallecidos (como descritos en el Anexo A) eran miembros de las Fuerzas Armadas Revolucionarias de Colombia (las "FARC") o no. Los demandados buscan esta información para probar que los fallecidos eran miembros de las FARC. El que los fallecidos fueran miembros de las FARC impacta este caso directamente ya que los Demandantes deben establecer que los fallecidos no eran parte de la guerra civil en Colombia entre las FARC y las AUC.

En vista de lo anterior, se solicita, en interés de la justicia, que la autoridad judicial apropiada de Colombia emita una orden conforme a las leyes y procedimientos de las cortes de Colombia, citando a un representante apropiado del Departamento Administrativo de Seguridad (DAS) para proporcionar la evidencia documental arriba descrita relacionada con los fallecidos (como nombrados en el Anexo A) a una autoridad colombiana apropiada, para ser examinada por la autoridad judicial que suscribe.

**SOLICITUDES ESPECÍFICAS:**

1. Se solicita respetuosamente que las cortes colombianas den trámite a esta solicitud tan pronto como sea posible.

2. Se solicita respetuosamente que si CUALQUIER porción de esta solicitud es denegada por razones legales, que dicha denegación no afecte el resto de esta solicitud. Se solicita asimismo que el representante de los demandados arriba nombrado y esta corte sean prontamente informados de cualquier denegación tal, y de los motivos legales asociados.

3. Se solicita respetuosamente que se le permita a los abogados colombianos registrados arriba nombrados actuar a nombre de los demandados en este asunto, de ser necesario.

<u>Traducción</u>

    4.    Se solicita respetuosamente que la evidencia documentada que proporcione la entidad arriba indicada sea autenticada y sellada apropiadamente para su entrega a la autoridad judicial que suscribe.

Al ser requerida, la autoridad judicial suscrita prestará asistencia recíproca, como la que se solicita en la presente, a las autoridades judiciales colombianas apropiadas.

Los arriba-nombrados representantes legales de los demandados, Baker Botts LLP, 1299 Pennsylvania Avenue NW Washington, DC 20004-2400 USA, se encuentran listos y dispuestos a reembolsar a las autoridades judiciales apropiadas de Colombia por todos los costos incurridos en la ejecución de las solicitudes por asistencia judicial internacional arriba indicadas.

EN TESTIMONIO DE LO CUAL, SUSCRIBE el Honorable R. David Proctor, Juez de la Corte de Distrito de los Estados Unidos para el Distrito Norte de Alabama, este ___ día de _____ de 2011.

[sello de la autoridad judicial]

R. David Proctor
Corte de Distrito de los Estados Unidos
Distrito Norte de Alabama
Hugo Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203
U.S.A.