# EXHIBIT 1



**Conrad & Scherer**
Attorneys at Law

Ft. Lauderdale, Florida  •  Washington, DC  •  Quito, Ecuador

**By email and USPS mail**                                             January 24, 2011
William H. Jeffress, Jr.
Sara E. Kropf
Baker Botts L.L.P.
1299 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2400

Re: **Search Terms for *Balcero et al. v. Drummond Company, Inc.***

Dear Bill and Sara,

     Thanks for sending your draft of the search terms. We do have some significant issues with the list, which are detailed below. Please get right back to me if we need to discuss and resolve. Otherwise, please confirm that you've made the changes and you are proceeding with the search. As we've discussed, Plaintiffs cannot begin their depositions of Drummond officials until we get the documents, and we served the document requests on October 25, 2010. Technically, the documents were due on December 10, 2010. Once we have finalized the search terms, please confirm when you expect that we will get the documents. Here our are issues:

     1. A key gateway question is where will you be searching for documents. Clearly there are many possibilities, and the best search terms in the world won't find documents unless the search is conducted in all places where such documents are likely to be.

     2. Unless you confirm that your search process will also find words with the same root, then you need to use root expanders. For example, if just searching for "murder" won't get "murdered," you should search for "murder*". Further, we need to be sure that searching for a singular "Guerilla," for example, will also get "Guerillas." These two issues are pervasive, so rather than list all the examples here, it would be best to first hear from you how your system will deal with this.

     3. Will your search distinguish between words with and without accents; in other words, by searching for Jimenez, will you get hits on both Jimenez and Jiménez?

Established 1974
Rex Conrad 1935-1999  •  William Scherer
Conrad & Scherer, LLP  •  1156 15th St. NW, Suite 502, Washington, DC 20005
Phone 202.543.4001  •  Fax 1.866.803.1125
www.conradscherer.com

4. And speaking of Mr. Jimenez, I don't see him or Mr. Araujo on the list. While we would certainly agree to a reasonable way to limit the searches of these two key individuals, they need to be included in the search. Do you have a proposal?

5. Some specific concerns:

— a search for "paramilitary" should include the Spanish (paramilitares) and the plural (paramilitaries). Using a root expander (paramilitar*) should be done.
— Autodefensas Unidas should just be Autodefensas
— Juan Andres Alvarez Front should just be Juan Andres Alvarez (this will get hits when Front is not mentioned or is in Spanish, Frente)

6. Some of the search terms should be in both Spanish and English. For example:
— Northern Bloc should also be Bloque Norte
— Para-political should also be parapolitica
— National Liberation Army should also be Ejercito de Liberacion Nacional
— Murder, shooting, torture, etc. should all be searched for in Spanish too (again, I won't list them all here but any key word that would be in a report should have both languages).

7. The search for violence-related terms (in Spanish and English), should include common synonyms. For example:
— kill*, execute*, attack*, massacre*, target*, terrorize*, violence
— gun, firearm, arms
— crime, criminal, humanity, extrajudicial
— terrorism (instead of just terrorist)

8. The search should include terms related to testimony/confessions (in Spanish and English), such as:
— confess*
— Justice and Peace
— prosecut*
— declaration
— prison, jail*, imprison*

9. Searches for names should also include a search for just the paternal last names. For example, go ahead and search for Alcide Manuel Mattos Tabares, but as a full name will rarely be written in an email, especially since the maternal last name and second given name are rarely used in Colombia, you should search "Mattos" in addition to the full name.

10. You should include the full name for DAS, not just the acronym; should include FBI/Federal Bureau of Investigation and CIA/Central Intelligence Agency.

11. You should search for all of the Araujo relatives mentioned in Para. 134 of the complaint.



Conrad & Scherer
Attorneys at Law

12. You should search for terms related to our allegations that Drummond provided AUC financing, such as:
- protection payments
- war tax
- extort*
- blood money
- dirty money
- corrupt*

13. You should use search terms (in Spanish and English) that might be referring to the AUC, such as:
- uniform
- armbands
- irregular
- margen de la ley
- armed group
- armed men

14. Include other company names that we allege have financed the AUC or otherwise have been involved in atrocities in Colombia, such as:
- Banadex
- BP/British Petroleum
- Chiquita
- Del Monte
- Dole
- Occidental/Oxy

15. To the extent that a specific town or street is mentioned in the complaint in relation to a murder, that should be mentioned.

16. Garry Drummond and Mike Tracy should be search terms.

Please confirm your plan. I look forward to hearing from you.

Regards,

Terry Collingsworth



Conrad & Scherer
Attorneys at Law