# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLAUDIA BALCERO GIRALDO, et al.,** } } } | |
| Plaintiffs, } } | |
| v. } } | Case No.: 2:09-CV-1041-RDP |
| **DRUMMOND COMPANY, INC., et al.,** } } } | |
| Defendants. } | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion (Doc. #455) entered contemporaneously herewith, the Motion for Summary Judgment (Doc. #396) filed by Drummond Ltd. on September 17, 2012 is **GRANTED** in its entirety.  In addition, the Motion for Summary Judgment (Doc. #400) filed by Drummond Company, Inc. on September 19, 2012 is **GRANTED** in its entirety.  Defendants Drummond Ltd. and Drummond Company, Inc. are due to be, and hereby are, **DISMISSED WITH PREJUDICE** from this action.

This dismissal shall not affect any other right, claim, or cause of action which Plaintiffs have, or may have, against any of the remaining Defendants.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this ___25th___ day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE