# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CLAUDIA BALCERO GIRALDO, et al.,** } </br> } </br>  Plaintiffs, } </br> } </br> v. } </br> } </br> **DRUMMOND COMPANY, INC., et al.,** } </br> } </br> Defendants. } | **Case No.: 2:09-CV-1041-RDP** |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion (Doc. #457) this day entered, Defendant Mike Tracy's Motion for Summary Judgment (Doc. #404) is **GRANTED** as to all of Plaintiffs' claims asserted against Defendant Tracy. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Mike Tracy is due to be, and hereby is, **DISMISSED WITH PREJUDICE** from this action.

This dismissal shall not affect any other right, claim or cause of action which Plaintiffs have, or may have, against any of the remaining Defendants.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this ____25th____ day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE