# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLAUDIA BALCERO GIRALDO, et al.,** } | |
| } | |
| Plaintiffs, } | |
| } | |
| v. } | Case No.: 2:09-CV-1041-RDP |
| } | |
| **DRUMMOND COMPANY, INC., et al.,** } | |
| } | |
| Defendants. } | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion (Doc. #459) this day entered, Defendant Augusto Jimenez's Motion for Summary Judgment (Doc. #405) is **GRANTED** as to all of Plaintiffs' claims asserted against Defendant Jimenez. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Augusto Jimenez is due to be, and hereby is, **DISMISSED WITH PREJUDICE** from this action.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this ____25th____ day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE