# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLAUDIA BALCERO GIRALDO, et al.,** } </br> Plaintiffs, } </br> v. } </br> **DRUMMOND COMPANY, INC., et al.,** } </br> Defendants. } | Case No.: 2:09-CV-1041-RDP |

## ORDER

In accordance with the Memorandum Opinion (Doc. #461) this day entered, as well as previous Memorandum Opinions entered relating to jurisdiction over James Adkins, Plaintiffs' Motion for Reconsideration (Doc. #432) is **DENIED**. Because this case will now be closed, the Motion for a Rule 54(b) Certification (Doc. #432) is **MOOT**.

**DONE** and **ORDERED** this      25th      day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE